COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                    FORT
WORTH

                                        NO.  2-09-042-CR

 

 

JAMES
CARROLL FRANKLIN                                                  APPELLANT

                                                   V.

THE
STATE OF TEXAS                                                                STATE

                                               ----------

               FROM THE 271ST
DISTRICT COURT OF WISE COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have
considered AAppellant=s Motion
To Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See id.; Tex. R. App. P.
43.2(f). 

PER CURIAM

 

PANEL: GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: July 16, 2009











[1]See Tex. R. App. P. 47.4.